Filing # 13613776 Electronically Filed 05/13/2014 03:53:39 PM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL
CIRCUIT IN AND FOR PINELLAS COUNTY,
FLORIDA CIVIL DIVISION

PATRICIA JUANITA WATE, INDIVIDUALLY
AND AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF JAMES CLIFTON BARNES,
DECEASED

    Plaintiff,

-v-

CASE NO.: 14-002184-CI

JOSEPH TACTUK, KENNETH KUBLER, BOB
GUALTIERI, IN HIS OFFICIAL CAPACITY AS
SHERIFF OF PINELLAS COUNTY, FLORIDA,
THE FLORIDA DEPARTMENT OF
ENVIRONEMTNAL PROTECTION, and THE
FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:

TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition in the above styled cause upon the Defendant:

BOB GUALTIERI
PINELLAS COUNTY SHERIFF'S OFFICE
10750 Ulmerton Road
Largo, Florida 33778

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Plaintiff's attorney, whose name and address is:

KEITH M. CARTER, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street
7th Floor
Tampa, Florida 33602
Primary Email: kmcpleadings@forthepeople.com
Secondary Email: jcurry@forthepeople.com

**EXHIBIT A**

***ELECTRONICALLY FILED 5/13/2014 3:53:38    THE CIRCUIT COURT, PINELLAS COUNTY***

within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

DATED MAY 14 2014



KEN BURKE CLERK CIRCUIT COURT
315 Court Street
Clearwater, Pinellas County, FL 33756-5165

By: Eva Glasco
As Deputy Clerk

*If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 500 Clearwater, FL 33756, (727) 464-4880(V) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711.*

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint and 45 calendar days after this summons is served on you to file a written response to the attached production requests with the clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

KEITH M. CARTER, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street
Seventh Floor
Tampa, FL 33602
Tele: 813-223-5505
Primary Email: kmcpleadings@forthepeople.com
Secondary Email: jcurry@forthepeople.com