Filing # 11533328 Electronically Filed 03/19/2014 04:42:01 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statues section 25.075.

***ELECTRONICALLY FILED 3/19/2014 4:41:59 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

### I.    CASE STYLE

IN THE CIRCUIT COURT OF  SIXTH  THE   JUDICIAL CIRCUIT,
IN AND FOR  PINELLAS   COUNTY, FLORIDA

Case No.: _____
Judge: _____

Patricia J Wate
Plaintiff

vs.

Joseph Tactuk, Kenneth Kubler, Bob Gualtieri, Florida Department of Environmental Protection, Florida Fish and Wildlife Conservation Commission
Defendant

### II.    TYPE OF CASE

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability – commercial
   ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
   ☐ Commercial foreclosure $0 - $50,000
   ☐ Commercial foreclosure $50,001 - $249,999
   ☐ Commercial foreclosure $250,000 or more
   ☐ Homestead residential foreclosure $0 – 50,000
   ☐ Homestead residential foreclosure $50,001 - $249,999
   ☐ Homestead residential foreclosure $250,000 or more
   ☐ Non-homestead residential foreclosure $0 - $50,000
   ☐ Non-homestead residential foreclosure $50,001 - $249,999
   ☐ Non-homestead residential foreclosure $250,00 or more

☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
   ☐ Malpractice – business
   ☐ Malpractice – medical
   ☐ Malpractice – other professional
☒ Other
   ☐ Antitrust/Trade Regulation
   ☐ Business Transaction
   ☒ Circuit Civil - Not Applicable
   ☐ Constitutional challenge-statute or ordinance
   ☐ Constitutional challenge-proposed amendment
   ☐ Corporate Trusts
   ☐ Discrimination-employment or other
   ☐ Insurance claims
   ☐ Intellectual property
   ☐ Libel/Slander
   ☐ Shareholder derivative action
   ☐ Securities litigation
   ☐ Trade secrets
   ☐ Trust litigation

**EXHIBIT**

tabbies

_B_

III. **REMEDIES SOUGHT** (check all that apply):
    ☒ Monetary;
    ☐ Non-monetary
    ☐ Non-monetary declaratory or injunctive relief;
    ☐ Punitive

IV. **NUMBER OF CAUSES OF ACTION:** (   )
(Specify)

    1

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ Yes
    ☒ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ No
    ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ Yes
    ☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Keith M. Carter        FL Bar No.: 500364
    Attorney or party                 (Bar number, if attorney)

Keith M. Carter          03/19/2014
    (Type or print name)               Date