Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back          Location : Pinellas County   Help

# REGISTER OF ACTIONS
### CASE NO. 14-002184-CI

| | | |
|---|---|---|
| PATRICIA J WATE Vs. JOSEPH TACTUK, et al | § § § § § § § | Case Type: **WRONGFUL ACT** <br> Date Filed: **03/19/2014** <br> Location: **Section 13** <br> Judicial Officer: **RONDOLINO, ANTHONY** <br> UNIFORM CASE NUMBER: **522014CA002184XXCICI** |

## PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| DEFENDANT | FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION <br> 3900 COMMONWEALTH BLVD <br> TALLAHASSEE, FL 32399 | |
| DEFENDANT | FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION <br> 620 SOUTH MERIDIAN ST <br> TALLAHASSEE, FL 32399 | |
| DEFENDANT | GUALTIERI, BOB IN HIS OFFICIAL CAPACITY AS SHERIFF OF PINELLAS COUNTY FLORIDA <br> 10750 ULMERTON RD <br> LARGO, FL 33778 | |
| DEFENDANT | KUBLER, KENNETH <br> 10750 ULMERTON RD <br> LARGO, FL 33778 | |
| DEFENDANT | TACTUK, JOSEPH <br> 1312 E TARPON AVENUE <br> TARPON SPRINGS, FL 34689 | |
| PLAINTIFF | WATE, PATRICIA J *INDIVIDUALLY AND ON BEHALF OF* ESTATE OF JAMES CLIFTON BARNES <br><br> 201 N. FRANKLIN STREET 7TH FLOOR <br> TAMPA, FL 33602 | KEITH M CARTER <br> *Retained* <br> MORGAN AND MORGAN <br> TAMPA <br> 201 N FRANKLIN ST <br> 7TH FLOOR <br> TAMPA, FL 33602 <br><br> 813-223-5505(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 05/13/2014 | SUMMONS TO BE ISSUED (SUBSEQUENT PLEADINGS) <br> *ISSUED 5/14/14 FOR DEPUTY KENNETH KUBLER* |
| 05/13/2014 | SUMMONS TO BE ISSUED (SUBSEQUENT PLEADINGS) <br> *ISSUED 5/14/14 FOR FLORIDA DEPT OF ENVIRONMENTAL PROTECTION* |
| 05/13/2014 | SUMMONS TO BE ISSUED (SUBSEQUENT PLEADINGS) <br> *ISSUED 5/14/14 FOR FLORIDA FISH AND WILDLIFE COMMISSION* |
| 05/13/2014 | SUMMONS TO BE ISSUED (SUBSEQUENT PLEADINGS) <br> *ISSUED 5/14/14 FOR BOB GUALTIERI* |
| 05/13/2014 | SUMMONS TO BE ISSUED (SUBSEQUENT PLEADINGS) <br> *ISSUED 5/14/ FOR JOSEPH TACTUK* |
| 03/19/2014 | CIVIL COVER SHEET - E-FILED |
| 03/19/2014 | CIVIL COVER SHEET - E-FILED |
| 03/19/2014 | EXHIBIT <br> *NOTICE OF CLAIM* |
| 03/19/2014 | COMPLAINT |

## FINANCIAL INFORMATION



| | | |
|---|---|---|
| | DEFENDANT GUALTIERI, BOB <br> Total Financial Assessment <br> Total Payments and Credits <br> **Balance Due as of 05/19/2014** | 59.00 <br> 59.00 <br> **0.00** |
| 04/30/2014 | Transaction Assessment | 59.00 |

https://ccmspa.pinellascounty.org/PublicAccess/CaseDetail.aspx?CaseID=2111459          5/19/2014

| Date | Description | Receipt | Party | Amount |
|---|---|---|---|---|
| 04/30/2014 | Mail Payment | Receipt # CV-2014-26130 | GUALTIERI, BOB | (59.00) |

**PLAINTIFF WATE, PATRICIA J**
Total Financial Assessment 450.00
Total Payments and Credits 450.00
Balance Due as of 05/19/2014 0.00

| Date | Description | Receipt | Party | Amount |
|---|---|---|---|---|
| 03/19/2014 | Transaction Assessment | | | 450.00 |
| 03/19/2014 | E-FILE PAYMENT | Receipt # EF-2014-09731 | WATE, PATRICIA J | (450.00) |