UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA JUANITA WATE,
INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
JAMES CLIFTON BARNES, DECEASED,

    Plaintiffs,

v.                     Case No. 8:14-CV-01196-VMC-TBM

KENNETH KUBLER and BOB GUALTIERI,
IN HIS OFFICIAL CAPACITY AS SHERIFF
OF PINELLAS COUNTY, FLORIDA,

    Defendants.
_____/

**INDEX TO EXHIBITS TO
COUNSEL FOR PLAINTIFF'S RESPONSE TO
COURT'S ORDER TO SHOW CAUSE AND RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE**

| Description | Exhibit |
|---|---|
| Affidavit of Keith M. Carter | 1 |
| Affidavit of David Mitchell | 2 |
| CM/ECF Notice of Electronic Filing in Wate v. Tactuk, et al., Doc. 61 | 3 |
| CM/ECF Notice of Electronic Filing in Yessin v. City of Tampa, Doc. 136 | 4 |
| CM/ECF Notice of Electronic Filing in Yessin v. City of Tampa, Doc. 137 | 5 |
| CM/ECF Notice of Electronic Filing in Yessin v. City of Tampa, Doc. 139 | 6 |
| CM/ECF Notice of Electronic Filing in Yessin v. City of Tampa, Doc. 140 | 7 |
| CM/ECF Notice of Electronic Filing in Wate v. Tactuk, et al., Doc. 66 | 8 |
| CM/ECF Notice of Electronic Filing in Wate v. Tactuk, et al., Doc. 67 | 9 |